[81 NE3d 379, 58 NYS3d 896]

RONALD J. PAPA et al., Doing Business as MUIR LAKE ASSOCIATES, Appellants, v ASSOCIATED INDEMNITY CORPORATION et al., Respondents.

Decided June 22, 2017

**APPEARANCES OF COUNSEL**

*Duke, Holzman, Photiadis & Gresens LLP*, Buffalo (*Elizabeth A. Kraengel* of counsel), for appellants.

*Hurwitz & Fine, P.C.*, Buffalo (*Steven E. Peiper* and *Jennifer J. Phillips* of counsel), for respondent Associated Indemnity Corporation.

*Rupp, Baase, Pfalzgraf & Cunningham LLC*, Buffalo (*Sean W. Costello* of counsel), for respondent D&D Power, Inc.

### OPINION OF THE COURT

On review of submissions pursuant to section 500.11 of the Rules of the Court of Appeals (22 NYCRR 500.11), order, insofar as appealed from, affirmed, with costs. The Appellate Division properly concluded that the insurance policy's water damage exclusion and endorsement apply under these circumstances.

Concur: Chief Judge DiFIORE and Judges RIVERA, STEIN, FAHEY, GARCIA and WILSON. Taking no part: Judge FEINMAN.